# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH D. VICKERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMPSON, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00129-DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT<br><br>(Document 11) |

　　　　Plaintiff Jeremiah D. Vickers ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on January 26, 2015.

　　　　On March 25, 2015, Plaintiff filed a motion for entry of default. Plaintiff states that the "court files and record herein show that the Defendants were served with a copy" of the complaint and have failed to file a timely response. ECF No. 11, at 1.

　　　　Plaintiff's complaint, however, has not yet been screened pursuant to 28 U.S.C. § 1915A. Until such time as the Court screens Plaintiff's complaint *and* finds a cognizable claim, the Court will not order service on any Defendant. As to Plaintiff's claim that the complaint has been served, there is no such indication on the docket. To the extent that Plaintiff served the complaint himself, such service is ineffective because the complaint has not been screened.

///

///

1

1 | Accordingly, Plaintiff's motion for entry of default is HEREBY DENIED as premature.  Fed.
2 | R. Civ. P. 55(a).

IT IS SO ORDERED.

Dated:   **March 26, 2015**                              /s/ *Dennis L. Beck*
                                                                        UNITED STATES MAGISTRATE JUDGE