# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH D. VICKERS<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMPSON, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00129-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO SEAL WAIVER OF SERVICE OF SUMMONS RETURNED EXECUTED AS TO DEFENDANT SANDOVAL, FILED APRIL 27, 2017<br><br>[ECF No. 63] |

On April 27, 2017, a waiver of service was returned executed as to Defendant Sandoval, and filed on the docket. (ECF No. 63.) Because the waiver contains information the Court previously ordered was confidential, (ECF No. 53, p. 3), the Court hereby directs the Clerk of Court to seal the waiver filed on April 27, 2017, (ECF No. 63). Local Rule 141(a).

IT IS SO ORDERED.

Dated: **May 23, 2017**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE