# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH D. VICKERS,<br><br>        Plaintiff,<br><br>  v.<br><br>THOMPSON, et al.,<br><br>        Defendants. | Case No.: 1:15-cv-00129-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT NUNC PRO TUNC<br><br>(ECF No. 94) |

Currently before the Court is Plaintiff Jeremiah D. Vickers's motion for an extension of time to file his response to Defendants' motion for summary judgment. Plaintiff's response was provided for mailing approximately fourteen days late. He cites a delay in the mail, law library closures, and his mandatory inmate job assignment as cause for his delay. Plaintiff seeks for his response, which was included with his motion, to be deemed timely filed.

Because of the brief delay here which will not prejudice Defendants, and good cause being shown, Plaintiff's request is granted. Plaintiff's opposition, filed on March 2, 2018, is deemed timely filed. Defendants reply to the opposition, if any, is due within **seven (7) days** of the date of this order.

IT IS SO ORDERED.

Dated: **March 5, 2018**

UNITED STATES MAGISTRATE JUDGE