# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH D. VICKERS,<br><br>    Plaintiff,<br><br>v.<br><br>THOMPSON, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-00129-SAB (PC)<br><br>ORDER SETTING EVIDENTIARY HEARING ON ISSUE OF EXHAUSTION OF ADMINISTRATIVE REMEDIES<br><br>**Date: September 27, 2018, at 2:00 p.m., in Courtroom 9 (SAB)** |

    Plaintiff Jeremiah D. Vickers is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. All parties have consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) and Local Rule 302. (ECF Nos. 8, 40, 65, 89.)

    This action currently proceeds on Plaintiff's claim for excessive force against Defendants Smith, Sandoval, and Akin, and the failure to intervene against Defendant Alvarez.

    On August 14, 2019, the Court denied Defendants' motion for summary judgment for the failure to exhaust available administrative remedies, without prejudice, due to a material dispute of fact. (ECF No. 98.) Defendants were granted thirty days to file a motion for an evidentiary hearing. (Id. at 16.)

    On September 5, 2018, Defendants timely filed a request for an evidentiary hearing, setting for the basis and anticipated evidence to be presented. (ECF No. 99.) Defense counsel declared that a meet and confer telephone conference was had with Plaintiff on August 30, 2018.

1

However, Plaintiff stated that he was only notified of the conference ten minutes prior to the call, and was not prepared to fully respond regarding his anticipated witnesses or evidence. (Id. at 2.) Nevertheless, the Court finds it appropriate to set the matter for a hearing, at which all parties will have an opportunity to present evidence.

Accordingly, the Court HEREBY SETS an evidentiary hearing before the undersigned to decide the disputed issues of fact relating to the exhaustion of Plaintiff's claims. The hearing will be held on **Thursday, September 27, 2018, at 2:00 p.m**., in Courtroom 9, Sixth Floor of the United States District Court in Fresno, California. The hearing will commence and be completed that day.

The hearing will be limited to the issue of whether Plaintiff is excused from the Prison Litigation Reform Act's exhaustion requirement because administrative remedies were "effectively unavailable." To this end, the disputed facts are whether Deputy Timothy Abbot gave Plaintiff a grievance form on or about August 28, 2014, whether Plaintiff submitted that form immediately to Deputy Abbot, who failed to issue Plaintiff any receipt, and whether that form was lost, destroyed or otherwise not acted upon. See Albino v. Baca, 747 F.3d 1162, 1170-1171 (9th Cir. 2014).

Based on the parties' submissions, the Court expects the following witnesses to be presented at the hearing:

1. Plaintiff Jeremiah D. Vickers
2. Deputy Timothy Abbott, defense witness
3. Detention Services Officer Denise Damari, defense witness

The Court does not expect any documents or other evidence to be presented. However, the parties may inform the Court no later than **September 20, 2018** if any additional evidence is to be presented at the hearing.

If any exhibits are to be presented, the parties must submit the original and three copies of all exhibits, along with exhibit lists, to Courtroom Deputy Mamie Hernandez, no later than

1 | **September 20, 2018**.[1]  Plaintiff's exhibits, if any, shall be pre-marked using numbers beginning
2 | with 1 (e.g., 1, 2, etc.).  Defendants' exhibits, if any, must be pre-marked using letters beginning
3 | with A (e.g., A, B, C … AA, BB, CC … AAA, BBB, CCC, etc.).

A separate order and writ of habeas corpus ad testificandum for Plaintiff's attendance at the hearing will be issued.

IT IS SO ORDERED.

Dated: __September 6, 2018__

UNITED STATES MAGISTRATE JUDGE

---

[1] Original for the Courtroom Deputy, one copy for the undersigned, one copy for the witness stand, one copy for the opposing side.